IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00241-WYD-BNB

JOHN ERIC THOMAS,

    Plaintiff,

v.

JOSEPH E. GUNJA, Warden,
CORRECTIONAL OFFICER VALLE,
CORRECTIONAL OFFICER WATSON,
CELESTE SANTOS, Physician Assistant,
CELSTINO GARCIA, Physician Assistant,
CORRECTIONAL OFFICER ROBLISS,
MR. ACOSTA, Assistant Warden,
CORRECTIONAL OFFICER L. RITTENMEYER,

    Defendants,

_____

**ORDER**
_____

    This matter is before me on **Plaintiff's "Pro Se" Motion Demanding the Court to Order the Clerk of the Court to Mail Plaintiff a Copy . . . .** (the "Motion"), filed July 8, 2005. The plaintiff seeks an order requiring the Clerk of the Court to mail him a copy of a motion filed by the defendants on June 15, 2005 (the "June 15 Motion").

    The Court does not provide free copy services.[1] The plaintiff may, however, request copies directly from the Clerk's Office. All copies are 50 cents per page. A notice of the cost of

---

[1] To the extent the plaintiff complains that he never received a copy of the June 15 Motion from the defendants, after compliance with D.C.COLO.LCivR 7.1A the plaintiff may file a motion requesting that the defendants serve him with a copy of the June 15 Motion. I note, however, that the defendants certified that a copy of motion was mailed to the plaintiff at his address of record on June 15, 2005. *Defendants' Motion for an Order Pursuant to Fed.R.Civ.P. 30(a)(2) Permitting Deposition of Incarcerated Plaintiff*, final page.

the copies will be issued after the cost can be determined. The copies will be provided upon receipt of full payment.

  IT IS ORDERED that the Motion is DENIED.

  IT IS FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words.

  Dated July 19, 2005.

            BY THE COURT:

            /s/ Boyd N. Boland
            United States Magistrate Judge