IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  03-cv-00241-WYD-BNB

JOHN ERIC THOMAS,

     Plaintiff,

v.

JOSEPH E. GUNJA, Warden,
CORRECTIONAL OFFICER VALLE,
CORRECTIONAL OFFICER WATSON,
CELESTE SANTOS, Physician Assistant,
CELSTINO GARCIA, Physician Assistant,
CORRECTIONAL OFFICER ROBLISS,
MR. ACOSTA, Assistant Warden,
CORRECTIONAL OFFICER L. RITTENMEYER,

     Defendants,

_____

**ORDER**
_____

This matter is before me on **Plaintiff's "Pro Se" Motion Demanding Magistrate Boyd N. Boland, Judge Remove Himself From This Case Because He Is Prejudice** [sic] **Against Plaintiff Fed.R.Civ.P. 7(b); 8(A)(2)(3)** (the "Motion"), filed September 6, 2005. The plaintiff demands that I recuse myself from this case because  I have "a history of being prejudice [sic] against this innocent African man and continue to cover-up the corruption of Indiana Authorities . . . ." *Motion*, second consecutive page. The plaintiff provides only this conclusory allegation; he does not provide any factual support for his allegations of prejudice. I bear no prejudice against the plaintiff.  Accordingly, the Motion is DENIED.

I also note that the plaintiff has been ordered to limit the titles of all motions and other papers to ten words or less. *Order issued July 19, 2005*. The title of this Motion is contrary to that order.

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words. Failure to comply with this order may result in a recommendation that this case be dismissed.

Dated November 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge