IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00241-WYD-BNB

JOHN ERIC THOMAS,

                    Plaintiff,

v.

JOSEPH E. GUNJA, Warden,
CORRECTIONAL OFFICER VALLE,
CORRECTIONAL OFFICER WATSON,
CELESTE SANTOS, Physician Assistant,
CELSTINO GARCIA, Physician Assistant,
CORRECTIONAL OFFICER ROBLISS,
MR. ACOSTA, Assistant Warden,
CORRECTIONAL OFFICER L. RITTENMEYER,

                    Defendants.

---

## ORDER TO CURE DEFICIENCY

---

Daniel, Judge

      Plaintiff submitted a Notice of Appeal on December 7, 2005.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**      **Filing Fee**
           X      is not submitted

**(B)**      **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
           X      is not submitted
           __      is missing affidavit
           __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
           __      is missing required financial information
           __      is missing an original signature by the prisoner

1

__      is not on proper form (must use the court's current form)

__      other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this _21st___ day of December, 2005.


BY THE COURT:


_s/ Wiley Y. Daniel_____

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2