IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  03-cv-00241-WYD-BNB

JOHN ERIC THOMAS,

    Plaintiff,

v.

JOSEPH E. GUNJA, Warden,
CORRECTIONAL OFFICER VALLE,
CORRECTIONAL OFFICER WATSON,
CELESTE SANTOS, Physician Assistant,
CELSTINO GARCIA, Physician Assistant,
CORRECTIONAL OFFICER ROBLISS,
MR. ACOSTA, Assistant Warden,
CORRECTIONAL OFFICER L. RITTENMEYER,

    Defendants,

_____

## ORDER
_____

This matter is before me on **Plaintiff's "Pro Se" Motion Opposing This "Prejudiced" and "Discriminatory" Court's Order [etc.]** (the "Motion"), filed December 27, 2005.  The Motion actually is a response to my order to show cause entered on December 1, 2005.  In addition to responding to the show cause order, the plaintiff states:

> Plaintiff is demanding that this magistrate judge Boyd N. Boland
> excuse himself from this civil action no: 03-cv-002410-WYD-BNB,
> immediately; and another magistrate judge be assigned to this case.

Motion, p.4.

The grounds for disqualification advanced by the plaintiff all relate to previous rulings in this case. The Tenth Circuit Court of Appeals has ruled that the following grounds will not ordinarily constitute grounds for disqualification:

> (1) Rumor, speculation, beliefs, conclusions, innuendo, suspicion, opinion, and similar non-factual matters; (2) the mere fact that a judge has previously expressed an opinion on a point of law, or has expressed a dedication to upholding the law or a determination to impose severe punishment within the limits of the law upon those found guilty of a particular offense; (3) prior rulings in the proceedings, or another proceeding, solely because they were adverse; (4) mere familiarity with the [parties], or the type of charge, or kind of defense presented; (5) baseless personal attacks on or suits against the judge by a party; (6) reporters' personal opinions or characterizations appearing in the media . . .; and (7) threats or other attempts t intimidate the judge.

United States v. Cooley, 1 F.3d 985, 993 (10th Cir. 1993).

The plaintiff has presented no facts (nor made any specific allegations) from which a reasonable person could infer or conclude that I am biased or prejudiced against him. I hold no bias nor enmity against the plaintiff. Under these circumstances, I am required t continue to serve pursuant to the Order of Reference entered by the district judge. Accordingly,

IT IS ORDERED that the Motion is DENIED insofar as it seeks my disqualification.

Dated January 27, 2006.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge